TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-52020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:10-bk-36466-EWH |
|---|---|
| Rene Daudelin and Stacy Daudelin | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| Wells Fargo Bank, N.A. | |
| Secured Creditor, vs. | |
| Rene Daudelin and Stacy Daudelin, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

Wells Fargo Bank, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Wells Fargo Bank, N.A., pursuant to the proof of claim in the amount of $14,292.99. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 9th day of December, 2010.

           Respectfully submitted,

           TIFFANY & BOSCO, P.A.

           BY  /s/ LJM # 014228
               Mark S. Bosco
               Leonard J. McDonald
               Attorneys for Secured Creditor

COPY of the foregoing mailed
December 9, 2010 to:

Rene Daudelin and Stacy Daudelin
967 East Del Rio Street
Gilbert, AZ 85296
Debtors

Brian C. Dault
908 W. Chandler Blvd
Suite D
Chandler, AZ 85225
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

By: Ismael G. Solano