E-filed January 6, 2011

James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for AmeriCredit Financial Services, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Rene Daudelin and<br>Stacy Daudelin,<br><br>Debtor. | No. 10-36466-EWH<br><br>Chapter 13<br><br>**OBJECTION TO CHAPTER 13 PLAN** |

AmeriCredit Financial Services, Inc., a party in interest, hereby objects to the Chapter 13 Plan filed December 6, 2010, for the reasons set forth in this memorandum.

## 1. **FACTUAL BACKGROUND**

AmeriCredit Financial Services, Inc. is a secured creditor of debtor ("debtor" means Rene Daudelin whether single or plural) on the following personal property:

    2007 Hyundai Sonata

    VIN # 5NPET46C37H182067

("the collateral"). AmeriCredit Financial Services, Inc. possesses a valid, perfected, first priority lien against the collateral. The lien and the debt which it secures are evidenced

by a retail installment contract executed by debtor on August 13, 2010, and a lien filing receipt, copies of which are attached hereto as Exhibits "A" and "B".

The unpaid balance of the debt is $10,674.50 plus accrued and accruing interest, costs and attorneys' fees. The debtor has been in default to AmeriCredit Financial Services, Inc. on this loan since November 2010.

Debtor's plan proposes to pay AmeriCredit Financial Services, Inc. $9,000.00 on its secured loan together with interest thereon at the rate of five percent (5%) per annum and $90.00 per month in adequate protection payments. AmeriCredit Financial Services, Inc. objects to its treatment under the plan.

## 2. **LEGAL ARGUMENT**

A. <u>Bankruptcy case was filed less than 910 days after purchase of loan.</u>

Debtor obtained the loan through AmeriCredit Financial Services, Inc. on August 13, 2010. The bankruptcy case was opened on November 11, 2010. There were less than 910 days from the date of the purchase of the vehicle and the filing of the bankruptcy. Therefore the debtor may not cram down the value of the 2007 Hyundai Sonata. 11 U.S.C. § 1325(a) ("For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph if the creditor has a purchase money security interest securing the debt that is the subject claim, the debt was incurred within the 910-day preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle (as defined in section 30102 of title 49) acquired for personal use of the debtor").

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

B. <u>Debtor's plan does not propose enough adequate protection payments.</u>

Debtor's plan does not propose enough adequate protection payments. By the time AmeriCredit Financial Services, Inc. is scheduled to receive a payment under the plan, it will have gone several months without a payment on the debt. During this time period, the collateral securing the debt to AmeriCredit Financial Services, Inc. will be depreciating. The plan proposed by debtor does not provide for payments to begin immediately that would protect AmeriCredit Financial Services, Inc.'s collateral against depreciation. Collateral of this type depreciates at a fairly rapid rate and it is AmeriCredit Financial Services, Inc.'s position that any such delay is unreasonable and lacking in adequate protection.

AmeriCredit Financial Services, Inc. requests adequate protection in the amount of 1% of the value that is the value of the collateral pursuant to 11 U.S.C. 1325(a), 1326, and General Order No. 95.

### 3. **CONCLUSION**

For the reasons that the Bankruptcy case was filed less than 910 days after purchase of loan; that AmeriCredit Financial Services, Inc. is not adequately protected, AmeriCredit Financial Services, Inc. requests that this Court deny confirmation of debtor's Chapter 13 Plan.

///

///

///

///

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

DATED this 6th day of January, 2011.

                Poli & Ball, P.L.C.

                By__/s/ James B. Ball_____
                  James B. Ball
                  James E. Shively
                  2999 N. 44th Street, Suite 500
                  Phoenix, Arizona 85018
                  Attorneys for AmeriCredit Financial Services, Inc.

COPIES of the foregoing mailed this 6th day of January, 2011, to:

Rene Daudelin and
Stacy Daudelin
967 E. Del Rio
Gilbert, AZ 85295
Debtor

Brian C. Dault
908 W. Chandler Blvd.
Suite D
Chandler, AZ 85225
Attorney for debtor

Edward J. Maney
P.O. Box10434
Phoenix, AZ 85064
Trustee


/s/ Karma Holmes
f:\apps\hotdocs\templates\arizona\chapter 13 plan objections (1017).rtf

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400